**RECEIVED**

MAY 0 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08CV2598
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

Plaintiff(s): Ernest L. Brooks

v.

Defendant(s): Bobby E Wright comunity mental Health center, Lucy Lang chappell, Fausudeen Lawal

## COMPLAINT

I Ernest L. Brooks charge Lucy Lang chappell and espicatly Fausudeen Lawal with the following

1. extortition Attemted.
2. conspiracy to Attempt extortition.
3. coercion.
4. Attempted unlawful and unethical solicitation of a Illinois Link card.
5. psychological intimidation, threats of explusion, requesting Drug test with no probable cause, Harrasment etc.

Ernest L. Brooks                                   Chgo IL 60624
3525 W Jackson        Overview        773-265-6889

# Overview

I Ernest L. Brooks is a Mental Health client at the Bobby E Wright mental health center located at 9 South Kedzie chgo. IL,. I also live at one of the Halfway houses B.e.w, runs at 3525 W Jackson.

Starting late Feb. 2008 I was involved in an incident were one of the Bobby Wright staff pushed me hard to the Floor.

I Ernest L. Brooks reported what happened to President Doctor Lucy Lang chappel. In return I had to go throush and Attempted psycological Beatdown in an atemptet do destroy my ereditabilty. It was at this time that the attempted extortition started taking place. The defendant Fausudeen was and is the principal player in this debacle.

So far it has been only attempts, But if this practice continues I will ask For punitive damases in an Amended complaint seeking 250.000 Two hundred fifty Thousand Dollars. X

Ernest L. Brooks