**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
5-6-2008
MAY 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ernest L. Brooks "Pro se"
(Please print)

STREET ADDRESS: 3525 W Jackson

CITY/STATE/ZIP: Chgo, IL. 60624

PHONE NUMBER: 773-265-6889

CASE NUMBER: 08CV2598
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

Signature: Ernest L. Brooks        Date: 5-6-08