# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2598 | **DATE** | June 23, 2008 |
| **CASE TITLE** | Ernest L. Brooks vs. Bobby E. Wright Community Mental Health Center, Lucy Lang Chappell, and Fausudeen Lawal | | |

**DOCKET ENTRY TEXT**

Before the Court is Plaintiff's *in forma pauperis* (IFP) application [4] and motion for appointment of counsel [5]. For the reasons given below, the motions are denied and this case is dismissed for failure to state a claim on which relief may be granted.

■[ For further details see text below.]

Docketing to mail notices.
Mailed AO 450 form

## STATEMENT

Having reviewed Plaintiff's IFP application, it appears to the Court that Plaintiff is unable to pay the $350 filing fee. *See* 28 U.S.C. § 1915(a). He is unemployed, has no assets or savings, and receives only $100 per month in state welfare benefits.

However, pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court shall dismiss the case at any time if the Court determines that the action is frivolous or malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief. Even construing Plaintiff's pro se complaint liberally, the Court finds that Plaintiff has failed to state a claim on which relief may be granted.

Plaintiff, a mental health patient at the Bobby E. Wright Community Mental Health Center, alleges that a center staff member pushed him to the floor. After he reported this incident to Defendant Chappell, he was subjected to a psychological "beatdown" and attempted extortion, principally at the hands of Defendant Lawal. Plaintiff alleges attempted extortion, conspiracy to commit attempted extortion, coercion, "attempted . . . solicitation of a[n] Illinois Link card," "psychological intimidation, threats of exp[ul]sion, requesting drug test with no probable cause, [and] harras[s]ment."

These allegations do not state a constitutional claim, as required for an action under 42 U.S.C. § 1983. This case is dismissed.

Courtroom Deputy Initials: