# United States District Court
## Northern District of Illinois
### Eastern Division

Ernest L. Brooks                                         **JUDGMENT IN A CIVIL CASE**

      v.                                                           Case Number: 08 C 2598

Bobby E. Wright Community Mental He

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for failure to state a claim on which relief may be granted.

Michael W. Dobbins, Clerk of Court

Date: 6/23/2008

/s/ Wanda A. Parker, Deputy Clerk