FILED
JUL 03 2008
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Ernest L. Brooks

v.

**Defendant(s)**

Case No. 08 CV 2598

Bobby Wright Comunity mental Heath center Lucy Lang Chappel, Fausuden Lawal

I Ernest L. Brooks humbly petition your Honor Judge Leinenweber to please grant a Writ to Prevent the continued threat of Expulision and other forms of Harrasment. As of today 7-3-08 I have been threatned with Expulsion even though this case is under litigation. I sincerly need this in oder to live a litte stress free.